# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY HAMMER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AKINWUMI OLA, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-01828-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 7) |

Plaintiff Jeffrey Hammer is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 19, 2021, the Court screened Plaintiff's complaint, found no cognizable claims, and granted Plaintiff thirty days to file an amended complaint, if so desired. Plaintiff has not filed an amended complaint or otherwise communicated with the Court and the time to do so has expired. Accordingly, within fourteen (14) days from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to state a cognizable claim, failure to comply with a court order, and failure to prosecute. Failure to comply with this order will result a recommendation to dismiss the action.

IT IS SO ORDERED.

Dated:   **March 30, 2021**

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1