UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY HAMMER, | ) | No.: 1:20-cv-01828-NONE-SAB (PC) |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING IN PART FINDINGS AND |
| v. | ) | RECOMMENDATION, AND DISMISSING |
| | ) | ACTION |
| AKINWUMI OLA, et al., | ) | |
| | ) | (Doc. No. 10) |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

Plaintiff Jeffrey Hammer is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 22, 2021, the assigned magistrate judge issued findings and recommendation to dismiss the action for failure to state a cognizable claim for relief, failure to comply with a court order, and failure to prosecute. (Doc. No. 10.) Those findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. (*Id.* at 7.) To date, plaintiff has not filed objections and the time to do so has now passed.

///

///

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis insofar as it recommends dismissal for failure to comply with a court order and failure to prosecute. The court declines to address whether the complaint fails to state a claim.

Accordingly,

1. The findings and recommendations issued on April 22, 2021 (Doc. No. 10) are adopted in part; and

2. The instant action is dismissed for failure to comply with a court order and failure to prosecute.

IT IS SO ORDERED.

Dated:  __**May 27, 2021**__

_____
UNITED STATES DISTRICT JUDGE